# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICIA L. PINNEY,

        Plaintiff,

   v.

JARED ISAACMAN, *Administrator, National Aeronautics & Space Administration*,

        Defendant.

Case No. 19-cv-2259 (JMC)

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion for summary judgment, ECF 54, is **DENIED**, and Defendant's motion for summary judgment, ECF 55, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

                                                              _____

                                                              JIA M. COBB
                                                               United States District Judge

Date: March 5, 2026